WILLIAM R. O'NEAL, APPELLANT, VS. MARY E. HARNEY, APPELLEE.

Appeal from Circuit Court of Orange county.

*William H. Jewell*, for Appellant.

*Beggs & Palmer*, for Appellee.

The bill in this case was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.

Application for rehearing denied April 14, 1897.